UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Audrea Mitchell,

    Plaintiff,

v.

Independent Home Care, Inc.,

    Defendant.

Case No. 2:17-cv-717

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Plaintiffs' move for preliminary approval of a class and collective action settlement agreement and certification of settlement class ("Motion"). ECF No. 34. The motion is unopposed. The Court, having considered the motion, the terms of the parties' settlement agreement, and the authority and exhibits provided in support of the motion, is satisfied on a preliminary basis that the settlement is fair, reasonable, and adequate under 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23.

The Court **ORDERS** the following:

- Pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), preliminary certification is **GRANTED**, for settlement purposes only, as to a settlement class consisting of all individuals who worked at Independent Home Care, Inc. in Columbus, Ohio, and provided companionship services, domestic services, home care, and/or other in-home services, including home managers, support associates, caregivers, home health aides,

and aides between January 1, 2015, and August 31, 2017, who did not previously file consents to join this action.

- Matthew J.P. Coffman of Coffman Legal, LLC and Daniel I. Bryant of Bryant Legal, LLC are appointed as class counsel pursuant to Fed. R. Civ. P. 23(g).

- CAC Services Group, LLC is appointed as the claims administrator for purposes of administering the settlement.

- The proposed Collective Member Notice and Class Member Notice attached to the Settlement Agreement, the manner of notice, and the thirty-day period for Collective and Class Members to opt out of or object to the settlement are approved.

- A final approval hearing on the fairness of the proposed settlement, motion for final approval of the settlement, and motion for the awarding of attorney's fees and costs will be held on **Wednesday, February 13, 2019, at 11:00 a.m.**

- Plaintiff's Motion, ECF No. 34, is **GRANTED**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**