UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Audrea Mitchell,

    On behalf of herself and other members of the general public similarly situated,

        Plaintiff,

v.

Independent Home Care, Inc.,

    Defendant.

Case No. 2:17-cv-717

Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## ORDER

On February 20, 2019, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending that Plaintiff's unopposed motion for final approval of Rule 23 class settlement and for approval of FLSA Settlement, ECF No. 39, be granted. R&R, ECF No. 40. The R&R also recommends that Plaintiff's counsel's unopposed motion for award of attorneys' fees and reimbursement of costs, ECF No. 35, be granted. R&R, ECF No. 40.

The R&R notified Plaintiff of her right to object within fourteen days and of the consequences for failing to do so. *Id.* at 17. Namely, the R&R notified Plaintiff that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the judgment of the District Court. *Id.* The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall enter final judgment and terminate this case.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT